AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 MAY 22  AM 8:39
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America )
v. )
) Case No. 1:15MJ-319
MUNIR ABDULKADER )
)
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 2015 through May 21, 2015  in the county of  Hamilton  in the
Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 2339B | Conspiracy to Provide Material Support to a Foreign Terrorist Organization |
| 18 U.S.C. Secs. 1117 and 1114 | Conspiracy to Kill a Government Employee |
| 18 U.S.C. Sec. 924(c) | Possession of a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

See the Affidavit of Special Agent T.A. Staderman.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA T.A. Staderman
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/22/15

_____
Judge's signature

City and state:  Cincinnati, Ohio                     U.S. Magistrate Judge Stephanie Bowman
Printed name and title