

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:15MJ-319 |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| MUNIR ABDULKADER | : | **MOTION AND ORDER TO SEAL COMPLAINT** |

The United States respectfully requests that the Court seal the Complaint and any other pleadings and proceedings in the above-numbered case until further order of this Court for security and case investigation purposes. The government is aware of at least one additional coconspirator who has not been arrested or charged. The government is requesting additional time to address any issues related to such coconspirator.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street; Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Complaint and any other pleadings and proceedings in the above-numbered case shall now be sealed.

5/22/15
DATE

HONORABLE STEPHANIE BOWMAN
United States Magistrate Judge