AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 MAY 22  AM 8:39
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America
v.

MUNIR ABDULKADER

Defendant

Case No. 1:15MJ-319

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) MUNIR ABDULKADER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2339B - Conspiracy to Provide Material Support to a Foreign Terrorist Organization
18 U.S.C. Section 1117 and 1114 - Conspiracy to Kill a Government Employee
18 U.S.C. Section 924(c) - Possession of a Firearm in Furtherance of a Crime of Violence

Date: 05/22/2015

_Stephanie K. Bowman_
Issuing officer's signature

City and state: Cincinnati, OH

Stephanie K. Bowman, United States Magistrate Judge
Printed name and title

**Return**

This warrant was received on (date) 05/22/2015, and the person was arrested on (date) 05/21/2015
at (city and state) MASON, OHIO.

Date: 05/22/2015

_T.A. Scott_
Arresting officer's signature

T.A. STADERMAN, II  FBI SPECIAL AGENT
Printed name and title

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  MUNIR ABDULKADER

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____                    Weight: _____

Sex: _____                       Race: _____

Hair: _____                      Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____