**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                      Case No. 1:15-mj-00319
MUNIR ABDULKADER,
    Defendant.

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 MAY 22 AM 11:51
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)    Date/Time: 5/22/2015 @ 11:30 AM
United States Attorney: Tim Mangan
Defendant Attorney: Richard Smith-Monahan (FPD)

*Initial Appearance:* [X] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[X] Counsel present
[X] Defendant informed of his / her rights    [X] Defendant provided copy of charging document
[X] Government moves for defendant to be detained pending detention hearing _5/27/15 @ 1:30 PM_
[X] Financial affidavit presented to the Court/Defendant
[X] Counsel appointed. (FPD)

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify [ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment* on [] Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading []    Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] PSI ordered    [ ] Sentencing set for _____
[] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.    [ ] Removed to _____
[ ] Probable Cause Found

Remarks: