UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,
v.
MUNIR ABDULKADER,
    Defendant.

Case No. 1:15-mj-00319

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 MAY 27 PM 2:45

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)     Date/Time: 5/27/2015 @ 1:45 PM
United States Attorney: Tim Mangan
Defendant Attorney: Richard Smith-Monahan (FPD)

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[ ] Counsel present
[ ] Defendant informed of his / her rights     [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to
_____

*Pretrial Bond Violation Hearing*:
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses:

AUSA Exhibits: _____ Defendant Exhibits:

*Arraignment* on [] Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading []      Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] PSI ordered      [ ] Sentencing set for _____
[] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.     [ ] Removed to _____
[ ] Probable Cause Found

Remarks: *CASE TO REMAIN UNDER SEAL DURING THIS PERIOD.* PARTIES ENTERED INTO AGREED WAIVER, WAIVING RIGHT TO DETENTION HEARING AND PRELIMINARY HEARING FOR 30 DAYS, WITH A 30 DAY EXTENSION IF REQUIRED. ALSO, DEFT WAIVES RIGHT TO BE INDICTED WITHIN 30 DAYS FOR A 30 DAY PERIOD WITH A 30 DAY EXTENSION, IF REQUIRED.