AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

MUNIR ABDULKADER

Defendant

Case No. 1:15MJ-319

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) MUNIR ABDULKADER ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 2339B - Conspiracy to Provide Material Support to a Foreign Terrorist Organization
18 U.S.C. Section 1117 and 1114 - Conspiracy to Kill a Government Employee
18 U.S.C. Section 924(c) - Possession of a Firearm in Furtherance of a Crime of Violence

Date: 05/22/2015

*Stephanie K Bowman*
Issuing officer's signature

City and state: Cincinnati, OH

Stephanie K. Bowman, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 05/22/2015, and the person was arrested on (date) 05/21/2015
at (city and state) MASON, OHIO .

Date: 05/22/2015

Arresting officer's signature

T.A. STADERMAN, II  FBI SPECIAL AGENT
Printed name and title