UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

15 JUN 25 PM 12: 54

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:15MJ-319 |
| | : | |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| | : | |
| MUNIR ABDULKADER | : | AGREED WAIVER OF DEFENDANT |
| | : | |
| | : | UNDER SEAL |

I, MUNIR ABDULKADIR, having been charged in a Complaint pending in this district and having appeared before this Court, admit that I have been advised of my rights as required by Federal Rule of Criminal Procedure Rules 5 and 5.1 and 18 U.S.C. 3141-3142, including my right to have a preliminary examination or hearing. I previously waived my right to a preliminary examination or hearing and my right to a detention hearing for a period of 30 days, subject to additional 30-day extensions at my choice. I am now agreeing to one 30-day extension of that waiver. The additional 30-day period shall begin from the day of my signing this document. At the end of such time period(s), I may choose at that time to assert my rights to the scheduling of a preliminary examination or hearing and/or a detention hearing. I understand that such preliminary examination or hearing will be scheduled within 8 days after the expiration of this waiver.

I have also been advised of my right to be charged by indictment within certain time periods set forth in 18 U.S.C. § 3161(b). I previously waived my right to be charged by indictment for a period of 30 days, subject to additional 30-day extensions of this waiver at my choice. I am now agreeing to one 30-day extension of that waiver. The additional 30-day period

shall begin from the day of my signing this document. At the end of such time period(s), I may choose at that time to assert my right to be indicted pursuant to § 3161(h).

I also agree that this proceeding shall remain under seal during such time period(s) when the waiver is in effect.

_6/24/15_
Date

_Munir Ahmed_
Defendant

_[signature]_
Counsel for the Defendant