UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MUNIR ABDULKADER,
    Defendant.

Case No. __1:15mj319__
(Litkovitz, MJ)

(sealed)

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, _Mary Ann Ranz_
Date/Time: June 25, 2015 at 1:30 pm

United States Attorney: _Timothy Mangan_ Defendant Attorney: _Richard Smith-Monahan_

*Initial Appearance Hearing on* [X] *Complaint;* [] *Indictment;* [] *Information; or* [] *petition for probation / supervised release;* []
*pretrial release violation;* [] *Rule 5(c)(3) proceedings out of the District of* _____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses: _____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [] *Indictment or* [] *Information or* [] *Superseding Indictment*:
Defendant waives reading of: [ ] Indict    [ ] Info    [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: _∆ waived minimum time for proceeding in this matter._
_See Doc. 12 waiver filed by ∆. Court ordered that these proceedings remain sealed_