UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MUNIR ABDULKADER,<br>Defendant. | Case No. 1:15-mj-00319 |

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 JUL 24 PM 2:19

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)       Date/Time: 7/24/2015 @ 1:30 PM
United States Attorney: Emily Glatfelter (for Tim Mangan)
Defendant Attorney: Richard Smith-Monahan (FPD)

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[ ] Counsel present
[ ] Defendant informed of his / her rights     [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify [ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing*:
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses:

AUSA Exhibits:_____ Defendant Exhibits:

*Arraignment* on [] Indictment or [] Superseding Indictment or [] Information or [ ] Misdemeanor Information:
Defendant waives reading []                Defendant pleads:   [ ] GUILTY   [ ] NOT GUILTY
[ ] PSI ordered                            [ ] Sentencing set for _____
[] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.       [ ] Removed to _____
[ ] Probable Cause Found

Remarks: **Defendant appeared before the Court for the execution of a third 30-day agreed waiver of Defendant's right to preliminary/detention hearing and to be charged by Indictment. Defendant placed on the record his desire to waive these rights for an additional 30 day period. **This proceeding is under seal pursuant to Order of the Court.****