UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

15 AUG 19 PM 1:05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | 1:15MJ -319 |
| v. | : | |
| | : | O R D E R |
| MUNIR ABDULKADER, | : | |
| Defendant. | : | |

Special Agents from the Federal Bureau of Investigation are authorized by this Court to remove MUNIR ABDULKADER from the custody of the United States Marshal without the presence of a United States Marshal, to keep MUNIR ABDULKADER in their custody while interviewing him, and to return MUNIR ABDULKADER to the custody of the United States Marshal upon the completion of the interviews. This procedure may be utilized as frequently as is necessary while MUNIR ABDULKADER is in the custody of the United States Marshal for the Southern District of Ohio. This order shall be sealed by the Clerk for the Southern District of Ohio until further order of this Court. Defense counsel shall be advised by the U.S. Attorney's Office whenever the Defendant's custody is transferred to the FBI pursuant to this order.

_8/19/15_
DATE

_Karen L. Litkovitz_
HONORABLE KAREN LITKOVITZ
UNITED STATES MAGISTRATE JUDGE

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (0069287)
Assistant United States Attorney