UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

MUNIR ABDULKADER,
    Defendant.

Case No. __1:15mj319__
(Litkovitz, MJ)

(sealed)

**CRIMINAL MINUTES before
Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, Jodie Perkins
Date/Time: August 19, 2015 at 1:30 pm

United States Attorney: Timothy Mangan    Defendant Attorney: Richard Smith-Monahan

*Initial Appearance Hearing on [X] Complaint;[] Indictment; [] Information; or [] petition for probation / supervised release; []*
*pretrial release violation; [ ] Rule 5(c)(3) proceedings out of the District of*_____
[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ]_____ [ ]_____ [ ]_____ [ ]_____ [ ]_____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits:_____ Defendant Exhibits:_____
[ ]Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment:*
Defendant waives reading of: [ ] Indict    [ ] Info   [ ] Indict Read    [ ] Info Read
Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____

Remarks: Δ waived minimum time for proceeding in this matter. See Doc. 18 waiver filed by Δ. Court ordered that these proceeding remain sealed.