UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.

MUNIR ABDULKADER,
   Defendant.

Case No. 1:15-mj-00319



FILED
RICHARD W. HAGEL
CLERK OF COURT

2015 OCT 16 AM 10: 14

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)      Date/Time: 10/16/2015 @ 10:00 AM
United States Attorney: Tim Mangan

Defendant Attorney: Richard Smith-Monahan (FPD)

*Initial Appearance:* [] Complaint; [] Indictment; [] Information; [] petition for supervised release [] Rule 5(c)(3) Proceedings
[ ] Counsel present

[ ] Defendant informed of his / her rights  [ ] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel appointed.

*Detention:* [] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant
Witness_____
[ ] OR [ ] Secured with _____ [ ] Electronic Monitor [ ] Other
_____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to
_____

*Pretrial Bond Violation Hearing:*
[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses:

AUSA Exhibits:_____ Defendant Exhibits:

*Arraignment on [] Indictment or [] Superseding Indictment or [] Information or [ ] Misdemeanor Information:*
Defendant waives reading []     Defendant pleads: [ ] GUILTY [ ] NOT GUILTY
[ ] PSI ordered          [ ] Sentencing set for _____
[ ] Case to proceed before

*Removal Hearing (Rule 5c):*
[ ] Defendant waives Identity Hearing.
[ ] Commitment to Another District Ordered.  [ ] Removed to _____
[ ] Probable Cause Found

Remarks: **Defendant appeared before the Court for the execution of a sixth 30-day agreed waiver of Defendant's right to preliminary examination/detention hearing and to be charged by Indictment. Defendant placed on the record his desire to waive these rights for an additional 30 day period. ***This proceeding is under seal pursuant to Order of the Court.*****