UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.                                    Case No. __1:15mj319__
                                                ( Litkovitz, MJ )

MUNIR ABDULKADER,
    Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Karen L. Litkovitz**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, _Luke Lavin_
Date/Time: December 15, 2015 at 1:00 pm
United States Attorney: _Timothy Mangan, DOJ / Michael Dittoe_    Defendant Attorney: _Richard Smith-Monahan_

*Initial Appearance Hearing* on [X] Complaint;[] Indictment; [] Information; or [] petition for probation / supervised release; []
pretrial release violation; [] Rule 5(c)(3) proceedings out of the District of_____
[ ] Counsel present
[ ] Defendant informed of his / her rights
[ ] Defendant provided copy of charging document
[ ]  Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[ ] Counsel previously appointed.

*Detention Hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness_____
[ ] OR   [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ]  waived; [ ] bond continued/denied
AUSA Witnesses:_____ Defendant Witnesses: _____
_____ _____
AUSA Exhibits:_____ Defendant Exhibits:_____
[ ]Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on [] Indictment or [] Information or [] Superseding Indictment*:
Defendant waives reading of: [ ] Indict     [ ] Info   [ ] Indict Read     [ ] Info Read
Defendant pleads:    [ ] GUILTY     [ ] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[ ] Case to proceed before Judge _____
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. ; [ ] Defendant waived preliminary examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
Remarks: _Case called for 8th waiver of time agreed to by ∆ and counsel. Case shall remain under seal. ∆ remains detained._