FILED
RICHARD W. NAGEL
CLERK OF COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

2016 FEB 26 PM 2:29

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.:** 1:16CR 019 |
| | : | |
| v. | : | **MAGISTRATE JUDGE BOWMAN** J. BARRETT |
| | : | |
| **MUNIR ABDULKADER** | : | **MOTION AND ORDER** |
| | : | **TO SEAL INFORMATION** |

 

     The United States respectfully requests that the Court seal the Information and any other pleadings in the above-numbered case. The reason in support thereof is the sensitive nature of this and other ongoing and related investigations.

                        Respectfully submitted,

                        CARTER M. STEWART
                        United States Attorney

                        *s/Timothy S. Mangan*
                        TIMOTHY S. MANGAN (069287)
                        Assistant United States Attorney
                        221 East Fourth Street; Suite 400
                        Cincinnati, Ohio 45202
                        (513) 684-3711; Fax: (513) 684-6385

     IT IS **ORDERED** that the Information and any other pleadings in the above-numbered case shall now be sealed.

2/26/16
DATE

*Stephanie K. Bowman*
HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge