UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

    v.

Munir Abdulkader,

    Defendant.

Case No. 1:16cr019

Judge Michael R. Barrett

**CRIMINAL MINUTES before
United States District Judge Michael R. Barrett**

**Courtroom Deputy:** Barbara Crum
**Court Reporter:** Maryann Maffia, Official    10:59 - 11:06
**Date:** March 17, 2016    **Time: Commenced** 11:06 **Concluded** 11:57 am **Total** :58 mins.

United States Attorney: Tim Mangan    Defendant Attorney: Richard Smith-Monahan

**Court Proceeding:** Arraignment/Change of Plea - Dft Pleads Guilty to: Count(s) 1-3 of Indictment /(Information)
    (Count(s) _____ remain)

✓ Counsel present.    ✓ Waiver of Indictment signed / executed in open court.

    ~~Deft's Counsel moves to withdraw Not Guilty Plea.~~    ✓ Dft Pleads Guilty.    ✓ Reading of Info Waived

✓ Deft sworn.

✓ Court questions Deft regarding his competency to enter a plea of guilty.

✓ Court reviews Defendant's rights regarding: ✓ Consequences of a plea ___ Restitution ✓ Forfeiture (P8)
✓ sentencing under the USSCG; ✓ rights to trial; ✓ mandatory minimum and ___ right to appeal.
(Waiver of Appellate Rights at ¶ ___ of Plea Agreement) (8-9)-P4a

✓ Plea Agreement summarized by AUSA Mangan _____ (filed on/~~in open Court~~ 3/17/16 (Doc.35))

✓ SA Sherry Driessen, FBI presents Statement of Facts. ~~Agent~~ Sworn.

✓ 2nd Opportunity for Deft to plead guilty

✓ Plea preliminarily/(formally) accepted by the Court

✓ PSI ordered by Court (Sentencing set for a future date pursuant to the Court's receipt of the final PSI)

___ Issue of Bond Reviewed.

✓ Current (Detention)/Bond Status to remain in effect or modified as follows: (Dft to be remanded to USMS custody)

___ Additional Comments.