AO 455 S (Rev. 01/09) Waiver of an Indictment

NOTE: This form must be completed in English
*NOTA: Este formulario se debe completar en inglés*

UNITED STATES DISTRICT COURT
Southern for the District of Ohio

| | |
|---|---|
| United States of America<br>*Estados Unidos de América*<br>v.<br>**Munir Abdulkader**<br>Defendant<br>*Acusado* | Case No. 1:16-CR-019<br>*Número de Causa:* |

## WAIVER OF AN INDICTMENT
*RENUNCIA A LA ACUSACIÓN DEL GRAN JURADO*

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

*Entiendo que se me ha acusado de un delito, o más de uno, cuya pena puede ser la reclusión por más de un año. Se me ha informado en sesión pública sobre mis derechos y la naturaleza de los cargos propuestos en mi contra.*

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

*Luego de haber recibido esta información, renuncio a mi derecho a ser procesado mediante Acusación del Gran Jurado y doy mi consentimiento para que se proceda mediante Acusación de la Fiscalía.*

Date: 3/24/16
*Fecha*

*Defendant's signature*
*Firma del Acusado*

Signature of defendant's attorney
*Firma del Abogado Defensor*

**Richard Smith Monahan**
Printed name of defendant's attorney
*Nombre del Abogado Defensor en letra de molde*

Judge's signature
*Firma del Juez*

**Michael R. Barrett, U.S. District Judge**
Judge's printed name and title
*Nombre y cargo del Juez en letra de molde*

This form does not replace the need for an interpreter, any colloquies mandated by law, or the responsibility of court and counsel to ensure that persons with limited English proficiency fully comprehend their rights and obligations.

*Este documento no sustituye el uso de un interprete, ni los coloquios judiciales exigidos por la ley. Tampoco sustituye la responsabilidad del tribunal y los abogados de asegurarse de que las personas cuya comprension del idioma ingles sea limitada entiendan por completo sus derechos y obligaciones.*

This document has not been officially approved by the Administrative Office or the Judicial Conference of the United States.
*Este documento no ha sido aprobado oficialmente por la Oficina Administrativa ni la Conferencia Judicial de los Estados Unidos.*