UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:16-cr-019 |
| | : | |
| v. | : | JUDGE MICHAEL R. BARRETT |
| | : | |
| MUNIR ABDULKADER | : | **MOTION AND ORDER** |
| | : | **TO UNSEAL PROCEEDINGS** |

------------------------------------

The United States respectfully requests that the Court unseal the pleadings and proceedings in the above-numbered case, with the following exceptions: (1) Docket record #36 shall remain under seal; and (2) the sealed portion within the proceedings on March 17, 2016 shall remain under seal.

Respectfully submitted,

BENJAMIN C. GLASSMAN
Acting United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the pleadings and proceedings in this case be unsealed, with the following exceptions: (1) Docket record #36 shall remain under seal; and (2) the sealed portion within the proceedings on March 17, 2016 shall remain under seal.

| | |
|---|---|
| July 7, 2016 | s/Michael R. Barrett |
| DATE | HONORABLE MICHAEL R. BARRETT |
| | United States District Judge |