# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:16CR019 |
| MUNIR ABDULKADER, | : | Judge Barrett |
| Defendant, | : | |

## ORDER

This matter is before the Court upon the request of the Defendant. The government does not oppose this request.

The Defendant has requested an Order from the Court directing the detention facility holding the Defendant not to permit outside contact by anyone other than a list of persons approved by the Court. To protect the Defendant's First, Fifth, and Sixth Amendment rights, the Court grants the request and hereby **ORDERS** as follows:

The detention facility housing the Defendant shall restrict any member of the public from contacting the defendant without the express authorization of the Court. For the purposes of this Order, "contact" means any communication, outreach, or attempt at communication, whether written or verbal and whether initiated by the member of the public or made in response to a contact by the Defendant.

Exempt from this Order are facility personnel, those individuals necessary for the normal operations of the facility, and the list of pre-approved individuals that are attached hereto in the Sealed Addendum to this Order.

The detention facility is ordered to keep the list of pre-approved individuals on file and readily accessible to the employees of the detention facility, but the list shall not be otherwise disclosed by the facility, or any employee of the facility, to any member of the public.

The Clerk is directed to provide a copy of this Order and Sealed Addendum to the United States Marshals Service, who shall provide a copy to the appropriate official at the detention facility housing the Defendant.

**IT IS SO ORDERED.**

Michael R. Barrett
United States District Judge