UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

v.                                         Case No. 1:16cr019, 1:15MJ-319

Munir Abdulkader,                      Judge Michael R. Barrett

    Defendant.

## MOTION TO OBTAIN COPY OF TRANSCRIPT

    Seamus Hughes requests copies of the transcript of all court proceedings regarding U.S. v. Munir Abdulkader. Specifically, the initial appearance on 5/22/2015 at 11:30AM (court reporter: Luke Lavin), the detention hearing on 5/27/15 at 1:30PM (court reporter: Luke Lavin), initial appearance on complaint on 6/25/2015 at 1:30PM (court reporter: Mary Ann Ranz), agreed waiver of detention hearing on 7/24/2015 at 1:30PM (court reporter: Luck Lavin), waiver of defendant's rights on 8/19/2015 at 1:30PM (court reporter: Jodie Perkins), execution of the 6th 30 day waiver on 10/16/2015 at 10:00AM (court reporter: Julie Wolfer) execution of 10th 30 day waiver on 2/4/2016 at 2:00PM (court reporter: Luke Lavin), and the arraignment/change of plea on 3/17/2016 at 11:00AM (court reporter: Maryann Maffia). Additionally, Mr. Hughes would request copies of any other court proceedings regarding this case. Thank you for the consideration of this request.

_____
Seamus Hughes
2000 Pennsylvania Avenue
Washington D.C. 20006
202-994-6599

### CERTIFICATE OF SERVICE

    I certify that a copy of this Motion has been filed through the Court's ECF system and available to all registered users on October 6, 2016.

_____
Seamus Hughes

2000 Pennsylvania Avenue
Washington D.C. 20006
202-994-6599