UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                       Case No.    1:16cr019

Munir Abdulkader,                Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court pursuant to a Motion to Obtain Copy of Transcript (Doc. 46).   There is no objection by the United States.

Accordingly, the Motion (Doc. 46) is **GRANTED**.   The Official Court Reporters are permitted to release the transcripts outlined in the motion.

**IT IS SO ORDERED.**

                                   ____s/Michael R. Barrett_____
                                   Michael R. Barrett
                                   United States District Judge