1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


- - -


UNITED STATES OF AMERICA,   .  Case No. 1:16cr019
                            .  Magistrate No.  1:15MJ-319
                            .
            Plaintiff,      .
                            .
        - v -               .  Cincinnati, Ohio
                            .  Friday, September 18, 2015
MUNIR ABDULKADER,           .  2:18 P.M. Hearing
                            .
            Defendant.      .  **Extension of Agreed Waiver of**
. . . . . . . . . . . . . . . . . . . . . . .  **Rights**

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE STEPHANIE K. BOWMAN, MAGISTRATE JUDGE

APPEARANCES:
For the Plaintiff:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  Timothy D. Oakley, Esq. (AUSA)
                       221 East Fourth Street
                       Suite 400
                       Cincinnati, Ohio  45202


For the Defendant:     FEDERAL PUBLIC DEFENDER'S OFFICE
                       BY:  Richard Smith-Monahan, Esq.
                       250 E. Fifth Street, Suite 350
                       Cincinnati, Ohio  45202

Courtroom Clerk:       Kevin Moser

Court Reporter:        Mary Ann Ranz
                       810 Potter Stewart U.S. Courthouse
                       100 East Fifth Street
                       Cincinnati, Ohio  45202

- - -

2

1               FRIDAY, SEPTEMBER 18, 2015

2             P R O C E E D I N G S     (2:18 P.M.)

3     THE CLERK:  Please be seated.

4     THE COURT:  Good afternoon.

5  Would you state your name for the record, please?

6     THE DEFENDANT:  Munir Abdulkader.

7     THE COURT:  Thank you.

8  All right.  We're here today for another extension on your

9  agreed waiver, and I want to go over that again with you to

10  make sure that you still understand the waiver and that you

11  have signed it under your own free will and that it is your

12  intention to move forward with the waiver.

13  Okay?

14     THE DEFENDANT:  Yes, Your Honor.

15     THE COURT:  All right.  You have been charged in a

16  Complaint pending in this district and, having appeared before

17  this Court, admit that you have been advised of your rights as

18  required by Federal Rule of Criminal Procedure Rules 5 and 5.1

19  and 18 U.S.C. 3141 and 3142, including your right to have a

20  preliminary examination or hearing.

21  You've previously waived your right to a preliminary

22  examination or hearing and your right to a detention hearing

23  for a period of 30 days, subject to an additional 30-day

24  extension at your choice.

25  You were previously granted other 30-day extensions and

3

1　are now agreeing to an additional 30-day extension of that

2　waiver.  The additional 30-day period shall begin from the day

3　you signing this document, which was yesterday, and at the end

4　of such time you may choose at that time to assert your rights

5　regarding the scheduling of a preliminary examination or

6　hearing and/or a detention hearing.

7　　　You understand that such a preliminary examination or

8　hearing will be scheduled within eight days after the

9　expiration of this waiver.

10　　　Is that your intention thus far?  You agree to what I've

11　stated?

12　　　　　THE DEFENDANT:  Yes, Your Honor.

13　　　　　THE COURT:  In addition, you've also been advised of

14　your right to be charged by indictment within a certain time

15　period set forth by statute.

16　　　You previously waived your right to be charged by

17　indictment for a period of 30 days, subject to an additional

18　30-day extension of this waiver at your choice.

19　　　You've previously been granted other 30-day extensions.

20　　　You're now agreeing to an additional 30-day extension of

21　that waiver, and that additional 30-day period shall begin

22　from the day of the signing of this document, which again was

23　yesterday, September 17th.

24　　　At the end of such time period, you may choose at that

25　time to assert your right to be indicted pursuant to the

4

1   statute.

2       You agree that this proceeding shall remain under seal

3   during such time period while the waiver is in effect.

4       Is it your intention to sign this waiver and agree to what

5   I just stated?

6           THE DEFENDANT:  Yes, Your Honor.

7           THE COURT:  All right.

8       Mr. Smith-Monahan, is there anything else that we need to

9   do today?

10          MR. SMITH-MONAHAN:  No, Your Honor.

11          THE COURT:  Mr. Oakley?

12          MR. OAKLEY:  No, Your Honor.  Thank you.

13          THE COURT:  All right.  Thank you.

14      The Court will docket this waiver and the matter will

15  remain under seal.

16          MR. SMITH-MONAHAN:  Thank you, Your Honor.

17          MR. OAKLEY:  Thank you.

18          THE COURT:  Thank you.            (2:21 P.M.)

19                        -  -  -

20                  PROCEEDINGS CONCLUDED

21                        -  -  -

22                  C E R T I F I C A T E

23          I, Mary Ann Ranz, the undersigned, certify that the
    foregoing is a correct transcript from the record of
24  proceedings in the above-entitled matter.

25  s/Mary Ann Ranz
    Official Court Reporter