UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

        v.                      Case No. __1:16cr019__
                            Judge Michael R. Barrett
__Munir Abdulkader,__

    Defendant.

**CRIMINAL SENTENCING MINUTES**
Judge Michael R. Barrett

Courtroom Deputy: Barbara Crum
Court Reporter: Official Court Reporter, Maryann Maffia
USPO: Laura Shannon           11:04 – 11:09
Date: November 18, 2016    Time: Commenced 11:12 am  Concluded 1:09 pm  Total 2:03
United States Attorney: __Tim Mangan & Michael DiHoe__  Defendant Attorney: __Richard Monahan__

____ Dft found to be Guilty by Jury on Count(s) _____ of Indictment
_✓_ Dft plead to Count(s) __1-3__ of Information

**Procedure**:
_✓_ Sentencing
_✓_ PSI reviewed by the parties. _✓_ PSI adopted.
_✓_ No Objections ____ Objections ____ Plaintiff ____ Defendant
____ Considered for sentencing (_✓_ letter(s) from __D, friends + family__
_✓_ Motion by (USA)/Dft (_✓_ side bar held/ _✓_ sealed)
_✓_ Plf sentencing memo / Docs __51, 52, 57__
_✓_ Dft sentencing memo / Doc. __50, 56 + 63__
_✓_ Mitigation _✓_ Dft Cnsl Statement _✓_ Dft Statement _✓_ Plf Statement _✓_ Rebuttal Statement by ∆ Cnsl _✓_ Rebuttal by TT Cnsl
____ Other Statements

*******************************************************************************

**Sentencing:**
                                                    ____ Fine $_____ (interest waived)
_✓_ Defendant sentenced                            _✓_ Special Assessment $__300.00__
____ Probation ____ Years                          ____ Restitution $_____ (interest waived)
_✓_ Custody __240__ Months ((remanded)/vol sur.)     _✓_ Forfeiture __P8 of Plea__
    Cts 1+3 180 mons concurrent; Ct 2 60 mons. consecutive (total 240 mons.) w/ credit for time served
_✓_ Supervised Release __life__ Years ( Mo.) – Cts 1+3 life; Ct 2 60 mons all concurrent
_✓_ Standard/Special Conditions of (Sup'd Rel)/Probation

| _✓_ firearms; _✓_ criminal conduct _✓_ DNA | _✓_ drug testing/treatment suspended | _✓_ UNICOR | _✓_ provide financial info | _✓_ no new lines of credit |
|---|---|---|---|---|
| _✓_ computer restrictions | _✓_ media device restrictions | _✓_ loitering restrictions | | |

____ Dismissal of Counts (Motion/Order) presented

_✓_ Informed of Defendant's Right to Appeal
____ Clerk to Prepare Appeal Notice