UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Munir Abdulkader,

    Petitioner/Defendant,

      v.                            Case No.  1:16cr019
                                           (1:18cv476)

United States of America,                Judge Michael R. Barrett

    Respondent/Plaintiff.

## ORDER

This matter is before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. 77).

It is **ORDERED** that the Clerk serve a copy of this Order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the rules governing Section 2255 within **twenty-one (21) days** of the date of this Order.

**IT IS SO ORDERED.**

                                                 *s/Michael R. Barrett*
                                                 Michael R. Barrett
                                                 United States District Judge