## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Order was served this 8th day of August, 2018, by regular U.S. Mail on: Inmate Munir Abdulkader (#73031-061), FCI-Talladega, Federal Correctional Institution, P.M.B. 1000, Talladega, AL 35160.

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (0069287)
Assistant United States Attorney