UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16-CR-019 |
| | : | |
| Respondent, | : | |
| | : | JUDGE BARRETT |
| v. | : | |
| | : | |
| MUNIR ABDULKADER, | : | |
| | : | |
| Petitioner. | : | |

## ORDER

The government's Motion for Order regarding Privileged and Confidential Information for Claims of Ineffective Assistance of Counsel is **GRANTED**. The Court orders as follows:

1. The defendant is directed to submit to the Court a written waiver of his attorney-client privilege as it relates to the allegations in this proceeding within 15 days of the date of this order. Failure to do so may result in dismissal of this proceeding.

2. If the defendant submits the written waiver described above, then the clerk's office is directed to serve a copy of the waiver and this order on the defendant's former attorney(s). Pre-hearing disclosure by the defendant's former attorney(s) of confidential client information related to these ineffective-assistance claims is then authorized under the rules of professional conduct governing practice before this Court.

    Defendant's former attorney(s) shall provide to the United States an affidavit or declaration, and shall attach relevant documents, limited to setting forth the facts related to these ineffective-assistance claims, within 15 days of service by the clerk's office of this order and the defendant's written waiver.

3. The deadline for the government's response to the defendant's § 2255 motion is extended until 60 days after service by the clerk's office on the defendant's former attorney(s).

**IT IS SO ORDERED.**

s/Michael R. Barrett
HONORABLE MICHAEL R. BARRETT
United States District Court Judge