UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MUNIR ABDULKADER,                          :

    PETITIONER,                        :           Case No. 1:16-CR-019

v.                                         :

UNITED STATES OF AMERICA,                  :

    RESPONDENT.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - -

### PETITIONER'S LIMITED WAIVER OF

    Munir Abdulkader, the Petitioner to this action consents, by the submission of this document:

    1. The desire to execute a limited attorney-client privilege waiver relating only to the allegations raised in the 28 U.S.C. § 2255 motion concerning the failure to file a direct appeal.

    2. The desire to preserve all claims of attorney-client privilege, work-product, or any other privilege or protection that would preclude production or disclosure of information regarding all other communications between Petitioner and Counsel.

Executed on: August 22, 2018

                                       Munir Abdulkader
                                       #73031-061
                                       FCI Talladega
                                       PMB 1000
                                       Talladega, Alabama 35160

◇73031-061◇
Munir Abdulkader
Reg. Number 73031-061
Federal Bureau of Prison
P.O. Box 1000
Talladega, AL 35160
United States

BIRMINGHAM AL 350
24 AUG 2018 PM 1 L

(legal Mail)

◇73031-061◇
Clerk St District Of Ohio
100 E 5TH ST  Room 103
Cincinnati, OH 45202
United States

45202-39055