Clerk

2018 OCT 19 PM 2: 07

# CHANGE OF ADDRESS NOTIFICATION

Re: Munir Abdulkader v. United States, Case No. 1:16-CR-019

If your address changes, it is your obligation to notify the clerk. If the address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

NAME: Munir Abdulkader

NUMBER & STREET: Federal Correctional Institution Route 37

CITY Danbury   STATE CT   ZIP CODE 06811

TELEPHONE # (203) - 743 - 6471

PRISON: Danbury FCI   (if applicable)

PRISONER'S REGISTRATION #: 73031-061   (if applicable)

EFFECTIVE 10-20-2018                    _____
         (DATE)                              PRO SE SIGNATURE

Munir AbdulKader
NAME
73031-061
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

⇔73031-061⇔
Clerk St District Of Ohio
100 E 5TH ST
Cincinnati, OH 45202
United States

45202-390599